USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                     :

MELISSA TUCKER, Individually and on behalf of :
all others similarly situated,                  :

                                    :

                    Plaintiffs,      :

                                    :

        -against-                       :

EAST SIDE DD, et al.,                   :

                                    :

                   Defendants.    :
------------------------------------------------------------------ x

**ORDER GRANTING LEAVE TO
AMEND THE COMPLAINT AND
DENYING DEFENDANTS'
MOTION TO DISMISS**

11 Civ. 4907 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I grant the plaintiffs leave to file an amended complaint by December 9, 2011.

Defendants' Motion to Dismiss, filed November 11, 2011, is thereby denied without prejudice to

renewal after the amended complaint is filed.

      Defendants shall answer or move by January 6, 2012. The parties shall return for

a status conference on January 13, 2012 at 10:00 a.m. in Courtroom 14D.

      The clerk shall mark the motion (docket #11) terminated.


      SO ORDERED

Dated:       November ___, 2011
               New York, New York

                                     ALVIN K. HELLERSTEIN
                                     United States District Judge