Eric J. Wallach (ewallach@kasowitz.com)
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELISSA TUCKER, BENISHA HUGER and MARIANA PENAFIEL, Individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

EAST SIDE DD LLC, EAST SIDE DD II LLC, EAST SIDE DB II LLC, EAST SIDE DD 101 LLC, EAST SIDE DD 104 LLC, EAST SIDE DD 105 LLC, EAST SIDE DD 106 LLC, EAST SIDE DD 107 LLC, EAST SIDE DD 110 LLC, EAST SIDE DD 111 LLC, EAST SIDE DD 115 LLC, EAST SIDE DD 116 LLC, EAST SIDE DD 119 LLC, EAST SIDE DD 120 LLC, EAST SIDE DD 121 LLC, WEST SIDE MBV 201 LLC, WEST SIDE MBV 202 LLC, MATTHEW BRONFMAN, ALMOG GEVA, PINCHAS SHAPIRO and JOHN DOES #1-10, Jointly and Severally,

Defendants.

---

11 CV 4907 (AKH)

ECF Case

**NOTICE OF MOTION**

Oral Argument Requested



[Handwritten endorsement by Judge Hellerstein:]
1. Motion denied. The complaint is legally sufficient regarding the matters complained of in this motion.
2. All counsel will meet with me on Jan. 20, 2012, 10:30 a.m., on the record, to discuss a plan of going forward with class issues and discovery.
1/9/12
[signature]

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 1/9/12; RECEIVED JAN 0 9 2012 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, defendants East Side DD, East Side DD II LLC (which is a nonexistent entity), East Side DB II LLC, East Side DD 101 LLC, East Side DD 104 LLC, East Side DD 105 LLC, East Side DD 106 LLC, East Side DD 107 LLC, East Side DD 110 LLC, East Side DD 111 LLC, East Side DD 115 LLC, East Side DB II 116 LLC (incorrectly named in the Amended Complaint as "East Side DD 116 LLC"), East Side DB II 119 LLC (incorrectly named in the Amended Complaint as "East Side DD 119 LLC"),

East Side DB II 120 LLC (incorrectly named in the Amended Complaint as "East Side DD 120 LLC"), East Side DD 121 LLC (which is a nonexistent entity), West Side MBV 201 LLC, West Side MBV 202 LLC, Matthew Bronfman, Almog Geva, and Pinchas Shapiro, by and through their undersigned attorneys, will move this Court before the Honorable Alvin K. Hellerstein, United States District Court Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice (i) the Third and Fourth Claims for Relief in the Amended Class & Collective Action Complaint (the "Amended Complaint") in the above-captioned action, (ii) the Amended Complaint as against Defendant Bronfman in its entirety, and (iii) the Fifth Claim for Relief in the Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that papers in opposition to this motion, if any, shall be served, pursuant to Local Rule 6.1(b), within fourteen (14) days of service of the moving papers for this motion; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served, pursuant to Local Rule 6.1(b), within seven (7) days of service of the opposition papers.

Dated: New York, New York
January 6, 2012

                          KASOWITZ, BENSON, TORRES
                          & FRIEDMAN LLP

                          By: _____
                              Eric J. Wallach (ewallach@kasowitz.com)
                              Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
                              Daniel Turinsky (dturinsky@kasowtiz.com)

                          1633 Broadway
                          New York, New York 10019
                          Tel.: (212) 506-1700

                          Attorneys for Defendants

Judge wrote:

"1. Motion denied. The complaint is legally sufficient regarding the matters complained of in this motion.

2. All counsel will meet with me on January 20, 2012, 10:30 a.m., on the record, to discuss a plan of going forward with class issues and discovery.

1-9-12
Alvin K. Hellerstein"